## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

AIDEN GUINNIP,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-01271

Judge Virginia M. Kendall

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, April 2, 2026, at 9:30 a.m., Plaintiff, by

Plaintiff's counsel, shall appear in person before the Honorable Judge Virginia M. Kendall of the

U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of

Default and Default Judgment against the Defendants Identified in the First Amended Schedule

A.

DATED: March 24, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.